**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mary Katherine Dahl | CHAPTER 13 |
| | BKY. NO. 18-11189 TPA |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

          Respectfully submitted,

          **/s/James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          Attorney I.D. No. 42524
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          412-430-3594
          jwarmbrodt@kmllawgroup.com