IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MARY KATHERINE DAHL | : | Case No. 18-11189 TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| MARY KATHERINE DAHL | : | |
| | : | |
| *Movant* | : | |
| v. | : | |
| BAYVIEW LOAN SERVICING LLC | : | Related to Document No. 12 |
| | : | |
| *Respondent* | : | Hearing: December 12, 2018 at 10:30 A.M. |

## ORDER SCHEDULING HEARING

*AND NOW*, this **3rd** day of **December, 2018,** a ***Motion to Extend Time to File Documents*** having been filed by the Debtor at Document No. 12 in the above-captioned proceeding;

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled for ***December 12, 2018*** at ***10:30 A.M.*** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park, Erie, PA 16501. ***On or before December 11, 2018 at NOON,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
　　Debtor
　　Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary Katherine Dahl  
    Debtor

Case No. 18-11189-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lkat     Page 1 of 1     Date Rcvd: Dec 04, 2018  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
db           +Mary Katherine Dahl,   PO Box 205,   East Brady, PA 16028-0205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:  
         James    Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                            TOTAL: 3