Case 18-11189-TPA    Doc 15    Filed 12/13/18    Entered 12/13/18 16:36:38    Desc Main
Document    Page 1 of 1

FILED
12/13/18 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: | 18-11189-TPA |
|---|---|---|---|
| Mary Katherine Dahl | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 12/12/2018 |
|  | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER:** #12 Motion to Extend Time to Complete the Bankruptcy Filing

**APPEARANCES:**
Debtor: Pro Se
Trustee: Jana Pail

**NOTES:**

Ms. Dahl: Came about on 2 foreclosure actions on 2 properties. Gone through 4 different plaintiffs. (11:16) I filed a prior case that was dismissed and I am refiling.

Pail: Acceptable

**OUTCOME:** Extension for 30 days from today to complete petition / MOE

vas