Case 18-11189-TPA    Doc 17    Filed 12/15/18    Entered 12/16/18 00:49:42    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
12/13/18 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: ) Bankruptcy No: 18-11189-TPA
)
) Chapter 13
MARY KATHERINE DAHL )
) Hon. Thomas P. Agresti
Debtor )
*MARY KATHERINE DAHL, Movant* ) Related to Document No. 12
*v.*
*BAYVIEW LOAN SERVICING, LLC, Respondent*

### Order of Court

*For the reasons stated at today's hearing,* Upon consideration of the Petitioner's Motion to Extend Time to File Documents, the forgoing Motion is hereby granted, and the Petitioner has ~~sixty (60) days from the date of this order~~ *until January 14, 2019* to file the aforementioned documents, as required.

December 12, 2018
Date

/s/ Thomas P. Agresti, J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-11189-TPA
Mary Katherine Dahl                                                     Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0315-1           User: lkat              Page 1 of 1              Date Rcvd: Dec 13, 2018
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Mary Katherine Dahl,    PO Box 205,   East Brady, PA 16028-0205
14950133       +Bayview Loan Servicing, LLC,   1301 Virginia Drive, Suite 300,    Fort Washington, PA 19034-3246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J.  Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3