FILED
7/8/19 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Dahl_____ TPA

Case Number: __18-11189__

Date of Meeting: __6/25/19__    Recording # __X__

Debtor(s) present __✓__ or Not Present ___ ( __✓__ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Pro Se_____ (Present ___ or Not Present ___)

Date of Plan at § 341: __1-12-19__    Applicable commitment period ___ 3 yrs ___ 5 yrs ?

Pro Se debtor, seven months into plan with no payments made. 341 has not been held. 2-26-19 no social
4-23-19 no show
6-25-19 no social

Also, debtor is vigorously disputing mortgage claim of Bayview. Alleges fraud, alleges loan satisfied, but has made no objection to Bayview proof of claim.

Provided pre addressed, postage paid envelopes for payment.

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD
    _____ Order to Show Cause Requested
    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____ ; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    _____ 341 Meeting    OR    _____ Conciliation Conf. OR __✓__ *Contested Hearing
    On __8-7-19__ at __12:00__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee