Case 18-11189-TPA    Doc 42    Filed 08/08/19    Entered 08/08/19 10:32:53    Desc Main
                           Document    Page 1 of 1

FILED
8/8/19 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-11189-TPA |
| Mary Katherine Dahl | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 8/7/2019 |
| | : | Time: | 12:00 |

### PROCEEDING MEMO

**MATTER:**   #21 Contested Plan Dated 1/12/2019

**APPEARANCES:**

   Debtor:    Mary Katherine Dahl (Pro Se)
   Trustee:   Kate DeSimone (video)

**NOTES:**

Dahl:   The first time I was hear for a hearing I did not have my social security card. I also do not have information about Counsel for the Bank. That is correct I have not made a payment.

DeSimone:   The meeting was continued because she did not have a social security card. Another one was scheduled for April 23rd Ms. Dahl failed to appear. In June the 341 meeting could not occur because Debtor still had no social security card. The plan anticipated $850 per month and we have received no payments. We move for dismissal of the case.

**OUTCOME:**   Trustee's oral motion to dismiss case GRANTED. Case Dismissed without prejudice. System form to be entered. If she does not comply with duties in the next case the Trustee will notify the Court.

*/s/ signature*
vas